UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-49

| | |
|---|---|
| PAMELA LITTLE, )<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>EDGECOMBE COMMUNITY COLLEGE, )<br>and DR. DEBORAH LAMM, PRESIDENT )<br>EDGECOMBE COMMUNITY COLLEGE, )<br>　　Defendants. ) | ORDER |

THIS MATTER comes now before the Court on Defendant Dr. Deborah Lamm's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Title VII defines an "employer" as "a person engaged in an industry affecting commerce who has 15 or more employees" and "any agent of such person." 42 U.S.C. § 2000e(b). This statutory definition does not encompass individual managers, such as Dr. Lamm. Additionally, Plaintiff has consented to the dismissal of Dr. Lamm as a Defendant in this matter. [DE 13].

Accordingly, for the reasons stated herein, Defendant Dr. Deborah Lamm's Motion to Dismiss pursuant to Rule 12(b)(6) is GRANTED and Plaintiff's claims against Defendant Dr. Deborah Lamm are DISMISSED WITH PREJUDICE.

SO ORDERED.

This 21 day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　Terrence Boyle
　　　　　　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE